516 A.2d 1186

**Mary PISTORIUS, Individually and as Administratrix of the Estate of John J. Pistorius, Deceased,**

v.

**The TRAVELERS INSURANCE COMPANY, Petitioner,**

v.

**Raymond K. CRAWFORD.**

Supreme Court of Pennsylvania.

Nov. 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 89 W.D. Appeal Docket 1986.